# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 121 MAL 2015
: 
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
            v. : 
: 
: 
: 
CURTIS TILDON, : 
: 
               Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.